IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KAREN L. EVRY, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:16cv1583 |
| ) | |
| HUNTINGTON LEARNING CENTER, ) | |
| INC., et al., ) | |
|     Defendants. ) | |

## ORDER

It appearing from the record that service has not been effected on defendants within the time limit specified in Rule 4(m), Fed. R. Civ. P.,

It is hereby **ORDERED** that plaintiff is **DIRECTED** to show cause by 5:00 p.m. on Wednesday, April 5, 2017, why this case should not be dismissed pursuant to Rule 4(m), Fed. R. Civ. P. Should plaintiff fail to file a response to the instant show cause order, this matter will promptly be dismissed without prejudice pursuant to Rule 4(m), Fed. R. Civ. P.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
March 30, 2017

/s/
T. S. Ellis, III
United States District Judge