UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KAREN L. EVRY, *et al* | )<br>) |
| Plaintiff, | )<br>) 1:16-cv-01583-TSE-JFA<br>) |
| HUNTINGTON LEARNING CENTER INC. | )<br>)<br>) |
| DONNA ISLER | )<br>) |
| and | )<br>) |
| RODERICK ISLER | )<br>) |
| Defendants. | )<br>) |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs by and through undersigned counsel, hereby gives notice that all claims set forth in the Complaint filed in the above-captioned are DISMISSED WITH PREJUDICE, with each party bearing its own costs and attorneys' fees.

SO ORDERED this 3rd day of April 2017

By: _____
Judge, United States District Court for Eastern District of Virginia

/s/
Matthew T. Sutter, VSB No. 66741
Sutter & Terpak, PLLC
7540A Little River Turnpike, First Floor
Annandale, VA 22003
Telephone: 703-256-1800
Facsimile: 703-991-6116
Email: matt@sutterandterpak.com
Counsel for Plaintiffs

/s/
T. S. Ellis, III
United States District Judge